```
1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROBERT I. LESTER (State Bar #116429)
4  Assistant United States Attorney
       300 North Los Angeles Street
5      Federal Building, Room 7516
       Los Angeles, California 90012
6      Telephone:  (213) 894-2464
       Fax:        (213) 894-7819
7
   Attorneys for Defendant-in-Intervention
8  United States of America
```

FILED
CLERK, U.S DISTRICT COURT
SEP - 4 2003
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
SEP - 3 2003
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRE MARC DELOCQUE-FOURCAUD,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE LOS ANGELES COUNTY MUSEUM OF ART,<br><br>　　Defendant,<br><br>　　and<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant-in-Intervention. | No. CV 03-5027-R(CTx)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR UNITED STATES TO FILE MOTION TO DISMISS AND FOR PLAINTIFF TO FILE OPPOSITION BRIEF<br><br>[DECLARATION FILED CONCURRENTLY] |

ENTERED ON ICMS
SEP 4 2003
CV

19

1  IT IS HEREBY STIPULATED that the time for defendant-in-intervention United States to file (and serve by messenger or facsimile transmission) an answer or motion to dismiss the first amended complaint should be extended from September 3, 2003 to September 5, 2003.

IT IS FURTHER STIPULATED that the time for plaintiff to file (and serve by messenger or facsimile transmission) an opposition to the motion to dismiss, if any, should be extended from September 23, 2003 to September 25, 2003.

The United States seeks this extension of time because, as set forth in the attached declaration of Assistant United States Attorney Robert Lester, there have been unanticipated delays in obtaining comments to drafts of the motion to dismiss from the Department of State and a component of the Department of Justice, Civil Division, in Washington, D.C.

A two-day extension of time for the United States to respond to the United States will not prejudice any party.

This is the first request of the United States for an extension of time to respond to the complaint.

DATED: Sept. 3, 2003.

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Defendant-in-Intervention
United States of America

| | | |
|---|---|---|
| 1 | DATED: Sept. 3, 2003. | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | D.M. RAWLINGS |
| 5 | | Attorneys for Defendant Los Angeles County Museum of Art |
| 6 | | |
| 7 | | LOS ANGELES COUNTY MUSEUM OF ART |
| 8 | | _____ |
| | | THADDEUS J. STAUBER |
| 9 | | General Counsel |
| 10 | | |
| 11 | DATED: Sept. __, 2003. | KLEIN & SOLOMON, LLP |
| 12 | | |
| 13 | | _____ |
| | | JOSEPH P. GARLAND |
| 14 | | Co-Counsel for Plaintiff |
| 15 | | |
| 16 | | BURRIS & SCHOENBERG, LLP |
| 17 | | _____ |
| 18 | | E. RANDOL SCHOENBERG |
| | | Co-Counsel for Plaintiff |

3

```
 1 | DATED: Sept. __, 2003.    QUINN EMANUEL URQUHART OLIVER & HEDGES,
                               LLP
 2 |
 3 |                           _____
                               D.M. RAWLINGS
 4 |
                               Attorneys for Defendant
 5 |                           Los Angeles County Museum of Art

 6 |                           LOS ANGELES COUNTY MUSEUM OF ART
 7 |
                               _____
 8 |                           THADDEUS J. STAUBER

 9 |                           General Counsel

10 |
11 | DATED: Sept. 3, 2003.     KLEIN & SOLOMON, LLP
12 |
                               /s/ Joseph P. Garland
13 |                           _____
                               JOSEPH P. GARLAND
14 |                           Co-Counsel for Plaintiff

15 |
                               BURRIS & SCHOENBERG, LLP
16 |
                               /s/ E. Randol Schoenberg
17 |                           _____
                               E. RANDOL SCHOENBERG
18 |                           Co-Counsel for Plaintiff
```

4

**ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS HEREBY ORDERED:

1. The time for defendant-in-intervention United States to file (and serve by messenger or facsimile transmission) an answer or motion to dismiss the first amended complaint shall be extended from September 3, 2003 to September 5, 2003.

2. The time for plaintiff to file (and serve by messenger or facsimile transmission) an opposition to the motion to dismiss, if any, shall be extended from September 23, 2003 to September 25, 2003.

DATED: Sept. 4, 2003.

_____
UNITED STATES DISTRICT JUDGE

5

**CERTIFICATE OF SERVICE BY U.S. MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012. On **September 3, 2003** I served

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR UNITED STATES TO FILE MOTION TO DISMISS AND FOR PLAINTIFF TO FILE OPPOSITION BRIEF**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **September 3, 2003** Place of mailing:

**See attached Service List**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 3, 2003**, at Los Angeles, California.

JOANNE MARIE LEGASPI

# Delocque-Fourcaud v. The Los Angeles County Museum of Art, et al.

CV 03-5027-R(CTx)

**SERVICE LIST**

as of Sep 3, 2003

**COUNSEL FOR PLAINTIFF:**

Edward E. Klein
Joseph P. Garland
KLEIN & SOLOMON
275 Madison Avenue, 11th Floor
New York, NY 10016
Phone: (212) 661-9400
Fax:   (212) 661-6606

E. Randol Schoenberg
Donald S. Burris
Tara A. Davidoff
BURRIS & SCHOENBERG
12121 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Phone: (310) 442-5559
Fax:   (310) 442-0353

**COUNSEL FOR LACMA:**

D.M. "Chip" Rawlings
Susan L. Wines
Ezra A. Ross
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Firm:  (213) 624-7707
Fax:   (213) 624-0643

Thaddeus J. Stauber, Esq.
General Counsel
LOS ANGELES MUSEUM OF ART
5905 Wilshire Blvd.
Los Angeles, CA 90036
Phone: (323) 857-6048
Fax:   (323) 857-6210