1  Edward E. Klein [Pro Hac Vice App. Submitted]
   Joseph P. Garland [Pro Hac Vice App. Submitted]
2  KLEIN & SOLOMON, LLP
   275 Madison Avenue, 11th Floor
3  New York, New York 10016
   Telephone: (212) 661-9400
4  Facsimile: (212) 661-6606

5  E. Randol Schoenberg (SBN 155281)
   Donald S. Burris (SBN 68523)
6  BURRIS & SCHOENBERG, LLP
   12121 Wilshire Boulevard, Suite 800
7  Los Angeles, California 90025
   Telephone: (310) 442-5559
8  Facsimile: (310) 442-0353
   E-mail: randols@bslaw.net
9

10 Attorneys for Plaintiff
   ANDRE MARC DELOCQUE-FOURCAUD
11

12           UNITED STATES DISTRICT COURT

13           CENTRAL DISTRICT OF CALIFORNIA

14 ANDRE MARC DELOCQUE-              ) CASE NO. CV03-5027 R(CTx)
   FOURCAUD,                         )
15                                   )
              Plaintiff,             ) **NOTICE OF VOLUNTARY**
16                                   ) **DISMISSAL BY STIPULATION**
       vs.                           )
17                                   )
   THE LOS ANGELES COUNTY            )
18 MUSEUM OF ART,                    )
                                     )
19                                   )
              Defendant,             )
20                                   )
       and                           )
21                                   )
   UNITED STATES OF AMERICA,         )
22                                   )
              Defendant-in-          )
23            Intervention.          )
                                     )
24 _____

FILED
CLERK, U.S DISTRICT COURT
NOV 18 2003
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 19 2003
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

F:\2700\2728.001\Pleadings\Notice of Dismissal by Stipulation.wpd

NOTICE OF VOLUNTARY DISMISSAL

25

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Andre Marc Delocque-Fourcaud, Defendant the Los Angeles County Museum of Art ("LACMA") and Defendant-in-Intervention United States of America ("U.S.A.") hereby dismiss this action by Stipulation with prejudice on the same basis as if full evidence was presented at trial and the position of Defendant, LACMA, and the Defendant-in-Intervention, U.S.A., was upheld in all factual and legal respects, and therefore res judicata and collateral estoppel apply as if the Defendant, LACMA, and the Defendant-in-Intervention, U.S.A., prevailed at trial on all issues, but only as to said Defendant LACMA, Defendant-in-Intervention, U.S.A. and non-parties The Museum of Fine Arts, Houston and the High Museum of Art, Atlanta.

Dated: November    , 2003          KLEIN & SOLOMON, LLP

                                    By: _____
                                        Edward E. Klein
                                        Co-Counsel for Plaintiff
                                        ANDRE MARC DELOCQUE-FOURCAD

Dated: November 13, 2003           BURRIS & SCHOENBERG, LLP

                                    By: _____
                                        E. Randol Schoenberg
                                        Co-Counsel for Plaintiff
                                        ANDRE MARC DELOCQUE-FOURCAD

Dated: November    , 2003          LOS ANGELES COUNTY MUSEUM OF ART

                                    By: _____
                                        Thaddeus J. Stauber
                                        General Counsel for
                                        Los Angles County Museum of Art

IT IS SO ORDERED
DATE   NOV. 18, 2003
U.S. DISTRICT COURT JUDGE

2   NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Andre Marc Delocque-Fourcaud, Defendant the Los Angeles County Museum of Art ("LACMA") and Defendant-in-Intervention United States of America ("U.S.A.") hereby dismiss this action by Stipulation with prejudice on the same basis as if full evidence was presented at trial and the position of Defendant, LACMA, and the Defendant-in-Intervention, U.S.A., was upheld in all factual and legal respects, and therefore res judicata and collateral estoppel apply as if the Defendant, LACMA, and the Defendant-in-Intervention, U.S.A., prevailed at trial on all issues, but only as to said Defendant LACMA, Defendant-in-Intervention, U.S.A. and non-parties The Museum of Fine Arts, Houston and the High Museum of Art, Atlanta.

Dated: November    , 2003       KLEIN & SOLOMON, LLP

                                By: _____
                                    Edward E. Klein
                                    Co-Counsel for Plaintiff
                                    ANDRE MARC DELOCQUE-FOURCAD

Dated: November 13, 2003        BURRIS & SCHOENBERG, LLP

                                By: _____
                                    E. Randol Schoenberg
                                    Co-Counsel for Plaintiff
                                    ANDRE MARC DELOCQUE-FOURCAD

Dated: November    , 2003       LOS ANGELES COUNTY MUSEUM OF ART

                                By: _____
                                    Thaddeus J. Stauber
                                    General Counsel for
                                    Los Angles County Museum of Art

P:\2700\2700.001\Pleadings\Notice of Dismissal by Stipulation.wpd

                                     2       NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Andre Marc Delocque-Fourcaud, Defendant the Los Angeles County Museum of Art ("LACMA") and Defendant-in-Intervention United States of America ("U.S.A.") hereby dismiss this action by Stipulation with prejudice on the same basis as if full evidence was presented at trial and the position of Defendant, LACMA, and the Defendant-in-Intervention, U.S.A., was upheld in all factual and legal respects, and therefore res judicata and collateral estoppel apply as if the Defendant, LACMA, and the Defendant-in-Intervention, U.S.A., prevailed at trial on all issues, but only as to said Defendant LACMA, Defendant-in-Intervention, U.S.A. and non-parties The Museum of Fine Arts, Houston and the High Museum of Art, Atlanta.

Dated: November   , 2003    KLEIN & SOLOMON, LLP

By: _____
    Edward E. Klein
    Co-Counsel for Plaintiff
    ANDRE MARC DELOCQUE-FOURCAD

Dated: November 13, 2003    BURRIS & SCHOENBERG, LLP

By: _____
    E. Randol Schoenberg
    Co-Counsel for Plaintiff
    ANDRE MARC DELOCQUE-FOURCAD

Dated: November 13, 2003    LOS ANGELES COUNTY MUSEUM OF ART

By: _____
    Thaddeus J. Stauber
    General Counsel for
    Los Angles County Museum of
    Art

1  Dated: November     , 2003   QUINN EMANUEL URQUHART OLIVER &
2                                HEDGES, LLP
3                                By: _____
4                                    D.M. Rawlings
                                     Attorneys for Defendant Los
                                     Angeles County Museum of
5                                    Art

6  Dated: November 13, 2003    UNITED STATES ATTORNEY
7
                                 By: /s/ Robert I. Lester
8                                    Debra W. Yang
                                     Leon W. Weidman
9                                    Robert I. Lester
                                     Attorneys for
10                                   Defendant-in-Intervention
                                     United States of America

Sent by: quinn,emanuel          12136240643;          11/13/03  3:46PM;JetFax #50; Page 5/5
Case 2:03-cv-05027-R -CT  Document 25  Filed 11/18/03  Page 6 of 7  Page ID #:23
NOV-13-2003 14:15   BURRIS & SCHOENBERG, LLP         310 442 5353   P.04/04

| | | |
|---|---|---|
| Dated: November 13, 2003 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | |
| | By: _____ | |
| | D.M. Rawlings | |
| | Attorneys for Defendant Los Angeles County Museum of Art | |
| Dated: November __, 2003 | UNITED STATES ATTORNEY | |
| | By: _____ | |
| | Debra W. Yang | |
| | Leon W. Weidman | |
| | Robert I. Lester | |
| | Attorneys for Defendant-in-Intervention United States of America | |

Burris & Schoenberg, LLP

3  NOTICE OF VOLUNTARY DISMISSAL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 800, Los Angeles, California 90025. On November 14, 2003, I caused the foregoing document described as **NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION** to be served on the interested parties in this action, as follows:

```
D.M. RAWLINGS
    SUSAN L. WINES
    QUINN EMANUEL URQUHART
       OLIVER & HEDGES, LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, California   90017

    Attorneys for Defendant
    Los Angeles County Museum of Art

DEBRA W. YANG
    United States Attorney
    LEON W. WEIDMAN
    Assistant United States Attorney
    Chief, Civil Division
    ROBERT I. LESTER, Esq.
    Assistant United States Attorney
    300 North Los Angeles Street
    Federal Building, Room 7516
    Los Angeles, California 90012

    Attorneys for Defendant-in-
       Intervention United States of America
```

☐ by placing ☐ the original ✓ a true copy thereof enclosed in a sealed envelope addressed as follows:

✓ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

EXECUTED on November 14, 2003 at Los Angeles, California.

Dustin M. Baker